UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON S. TREMAINE,

    Plaintiff,

v.

GERADO URENA, et al.,

    Defendants.

Case No. 19-02593 EJD (PR)

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner proceeding pro se, filed civil rights complaint pursuant to 42 U.S.C. § 1983, and a motion for leave to proceed In Forma Pauperis ("IFP"). (Docket Nos. 1, 2.) On May 29, 2019, Plaintiff filed a notice declining Magistrate Judge Jurisdiction. (Docket No. 6.) On May 31, 2019, the Clerk issued a notice of impending reassignment based on Plaintiff's declination.[1] (Docket No. 8.) On June 14, 2019, the notice of reassignment sent to Plaintiff was returned to the Court as undeliverable because Plaintiff was no longer in custody. (Docket No. 10.) To date, Plaintiff has had no further communication with the Court since initiating this action.

Pursuant to Northern District Local Rule 3-11, a party proceeding pro se must

---

[1] This action was reassigned to this Court on November 6, 2018. (Docket No. 8.)

promptly file a notice of change of address while an action is pending. See L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. See L.R. 3-11(b).

More than sixty days have passed since the mail addressed to Plaintiff at the San Mateo County Sheriff's Jail in Redwood City was returned as undeliverable. The Court has not received a notice from Plaintiff regarding a new address. Accordingly, the instant civil rights action is **DISMISSED** without prejudice pursuant to Rule 3-11 of the Northern District Local Rules.

The Clerk shall terminate any pending motions.

**IT IS SO ORDERED.**

Dated: 8/26/2019

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
PRO-SE\EJD\CR.19\02593Tremaine_dis-LR3